**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

MAY 23 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 6:24-CV-032-CHB

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

V.          **ORDER FOR ISSUANCE OF ARREST WARRANT**

**JAMERSON ANDREW CANNON,**                                   **DEFENDANTS**
    **aka JAMESON CANNON, and**
**TYLER DOMINIC ROSS**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of arrest

warrants is GRANTED, and arrest warrants are ISSUED for the Defendants, **JAMERSON**

**ANDREW CANNON, aka JAMESON CANNON, and TYLER DOMINIC ROSS.**

On this 23rd day of __May__ 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal
            United States Probation
            Justin E. Blankenship, Assistant United States Attorney