# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**UNITED STATES OF AMERICA**

V.                                                      INDICTMENT NO. 6:24-CR-032-CHB

**JAMERSON ANDREW CANNON,**
    **aka JAMESON CANNON, and**
**TYLER DOMINIC ROSS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

On or about February 13, 2024, in Knox County, in the Eastern District of Kentucky,

and elsewhere,

**JAMERSON ANDREW CANNON,**
    **aka JAMESON CANNON, and**
**TYLER DOMINIC ROSS**

did conspire with each other and others to knowingly and intentionally distribute 50 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of

21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about February 13, 2024, in Knox County, in the Eastern District of Kentucky,

**JAMERSON ANDREW CANNON,**
**aka JAMESON CANNON, and**
**TYLER DOMINIC ROSS,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### Counts 1 and 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.