**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

REFER

# U.S. District Court
## Eastern District of Kentucky (London)
## CRIMINAL DOCKET FOR CASE #: 6:24-cr-00032-CHB-HAI-2

---

Case title: USA v. Cannon et al            Date Filed: 05/23/2024

---

Assigned to: Judge Claria Horn Boom
Referred to: Magistrate Judge Hanly A. Ingram

**Defendant (2)**

| | | |
|---|---|---|
| **Tyler Dominic Ross** | represented by | **Travis Alan Rossman** |
| | | Rossman Law, PLLC |
| | | 220 Court Square |
| | | P.O. Box 209 |
| | | Barbourville, KY 40906 |
| | | 606-546-2242 |
| | | Fax: 606-545-5284 |
| | | Email: travisrossman@hotmail.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Pending Counts**                     **Disposition**

21:846- CONSPIRACY TO DISTRIBUTE 50
GRAMS OR MORE OF A MIXTURE OR
SUBSTANCE CONTAINING
METHAMPHETAMINE
(1)

21:841(A)(1)- POSSESSION WITH INTENT
TO DISTRIBUTE 50 GRAMS OR MORE OF
A MIXTURE OR SUBSTANCE
CONTAINING METHAMPHETAMINE
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                         **Disposition**

None

**Plaintiff**

USA                      represented by **Justin E. Blankenship , AUSA**
U.S. Attorney's Office - London
601 Meyers Baker Road
Suite 200
London, KY 40741-3035
606-330-4829
Email: Justin.Blankenship2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2024 | 1 | INDICTMENT returned in open court as to Jamerson Andrew Cannon (1) count(s) 1, 2, Tyler Dominic Ross (2) count(s) 1, 2. (JCP) (Entered: 05/23/2024) |
| 05/23/2024 | 2 | SEALED UNREDACTED Indictment re 1 Indictment by USA as to Jamerson Andrew Cannon, Tyler Dominic Ross (JCP) (Entered: 05/23/2024) |
| 05/23/2024 | | Conflict Check run. (JCP) (Entered: 05/23/2024) |
| 05/23/2024 | 4 | MOTION for Arrest Warrant by USA as to Jamerson Andrew Cannon, Tyler Dominic Ross. Motions referred to Hanly A. Ingram. (JCP) (Entered: 05/23/2024) |
| 05/23/2024 | 8 | STANDING REFERRAL ORDER as to Jamerson Andrew Cannon, Tyler Dominic Ross: 1. Mag Judge determine any pre-trial matter that does not dispose of a charge or defense; 2. Mag Judge make recommended disposition concerning any pretrial matter that disposes of a charge or defense, including but not limited to any motion specifically listed in Rule 59(b); 3. Court excepts from this referral, and retains for initial referral, any Motions to Alter the Trial Datemotions in *limine*. Signed by Judge Claria Horn Boom on 06/26/2018. (JCP)cc: COR,USM,USP (Entered: 05/23/2024) |
| 06/27/2024 | | CJA Case Assignment by Clerk: APPOINTED CJA Attorney Travis Alan Rossman for Tyler Dominic Ross. cc: COR, USP, USM (JMB) (Entered: 06/27/2024) |
| 06/28/2024 | 9 | SEALED DOCUMENT (JCP) (Entered: 06/28/2024) |